# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>David Nicholas Dempsey<br>DOB: XXXXXX<br><br>*Defendant(s)* | ) Case: 1:21-mj-00578<br>) Assigned to: Judge Harvey, G. Michael<br>) Assign Date: 8/25/2021<br>) Description: COMPLAINT W/ ARREST WARRANT<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|

18 U.S.C. § 1512(c)(2) - Obstruction of an Official Proceeding,
18 U.S.C. § 111(a)(1) and (b) - Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon,
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder,
18 U.S.C. § 1752(a)(1), (2), (4) and (b)(l)(A)  - Entering or Remaining, Disorderly and Disruptive Conduct, and Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon,
40 U.S.C. § 5104(e)(2)(D) and (F) - Disorderly Conduct in a Capitol Building or Grounds and Act of Physical Violence in the Capitol Grounds or Buildings.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Cody Crutchley, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 08/25/2021

*Judge's signature*

City and state: Washington, D.C.   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*