AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>David Nicholas Dempsey | ) Case: 1:21-mj-00578<br>) Assigned to: Judge Harvey, G. Michael<br>) Assign Date: 8/25/2021<br>) Description: COMPLAINT W/ ARREST WARRANT<br>)<br>) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                                        David Nicholas Dempsey                                        ,
who is accused of an offense or violation based on the following document filed with the court:

❐ Indictment   ❐ Superseding Indictment   ❐ Information   ❐ Superseding Information   ☒ Complaint
❐ Probation Violation Petition   ❐ Supervised Release Violation Petition   ❐ Violation Notice   ❐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(c)(2) - Obstruction of an Official Proceeding,
18 U.S.C. § 111(a)(1) and (b) - Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon,
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder,
18 U.S.C. § 1752(a)(1), (2), (4) and (b)(l)(A) - Entering or Remaining, Disorderly and Disruptive Conduct, and Engaging in
Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon,
40 U.S.C. § 5104(e)(2)(D) and (F) - Disorderly Conduct in a Capitol Building or Grounds and Act of Physical Violence in the
Capitol Grounds or Buildings.

Date:     08/25/2021                                              Digitally signed by G. Michael Harvey
                                                                 Date: 2021.08.25 10:50:59 -04'00'
                                                                 *Issuing officer's signature*

City and state:     Washington, D.C.                    G. Michael Harvey, U.S. Magistrate Judge
                                                         *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  8/25/21  , and the person was arrested on *(date)*  8/26/21<br>at *(city and state)*  VAN NUYS, CA  .<br><br>Date:  8/26/21<br><br>*Arresting officer's signature*<br><br>Ryan Abbott - Special Agent<br>*Printed name and title* |