UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 21-CR-566 (RCL) |
| DAVID DEMPSEY | : | |

**EMERGENCY MOTION TO RECOMMEND CONTINUED PLACEMENT AT THE CORRECTIONAL TREATMENT FACILITY**

David Dempsey, by and through counsel request that this Court recommend that the Department of Corrections not move Mr. Dempsey from the Correctional Treatment Facility where he is currently incarcerated. In support of this Motion, counsel states the following facts.

1. Mr. Dempsey was arrested on a complaint in the Central District of California (Western Division-Los Angeles) on August 26, 2021. See, Dkt. # 21 MJ 03994 (CDCA).

2. On August 31, 2021, a warrant of removal and commitment was signed by Magistrate Judge Alka Sagar. See, 21 MJ 03994 (CDCA) ; Docket Entry # 15).

3. On September 8, 2020, the government indicted Mr. Dempsey on an eleven-count indictment charging him with among other crimes Civil Disorder and other related offense. At that time, Mr. Dempsey was still being held in California.

4. On September 27, 2021, Mr. Dempsey appeared before Magistrate Judge Zia Faruqiui for his initial appearance in the District of Columbia. He was ordered detained and held at CTF.

5. Mr. Dempsey has already suffered great hardship; he was moved from California to Washington D.C. and it took the United States Marshal more than a month to get him to Washington D.C.

6. Mr. Demsey is a pre-trial detainee and his continued placement at CTF is necessary and fair as he cannot endure the trauma associated with yet one more move in the custody of the United States Marshal Service.

7. The United States take no position on this Motion.

## Conclusion

Wherefore, for the foregoing reasons and any others that appear to the Court, Mr. Dempsey requests that the Court recommend that he remain at the Correctional Treatment Facility.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
Sabrina P. Shroff
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | 21-CR-566 (RCL) |
| **DAVID DEMPSEY** | : | |

## ORDER

Upon consideration of the Defendant's Motion to Recommend Continued Placement at the Correctional Treatment Facility, it is hereby ORDERED that the Motion is Granted and that this Court recommends that Mr. David Dempsey, DCDC 378838 at the Correctional Treatment Facility.

Date: _____

_____
HONORABLE ROYCE C. LAMBERTH
DISTRICT JUDGE,
UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA