UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :

   v.                                                    :          **21-CR-566 (RCL)**

DAVID DEMPSEY                              :

**MOTION TO CORRECT PARAGRAPH 7 OF DOCKET ENTRY # 10**

1. On November 8, 2021, I filed a motion on behalf of David Dempsey requesting the Court recommend that the Department of Corrections not move Mr. Dempsey from the Correctional Treatment Facility (the "Motion").

2. In yesterday's Motion, I wrote that the government takes "no position" on Mr. Dempsey's Motion to remain at CTF (*see* Docket Entry 10, ¶ 7), because I mistakenly assumed that was the government's usual position on such motions.

3. Today, I was contacted by government counsel, told that had I conferred with the government, I would have learned my assumption was incorrect and that the government does not in fact have an across the board position.

4. As to the instant Motion, the government has informed that its position is that the Motion is moot because Mr. Dempsey has been moved and is no longer be detained at CTF.

           Respectfully submitted,

           A. J. KRAMER
           FEDERAL PUBLIC DEFENDER

              /s/

           _____
           Sabrina P. Shroff
           Assistant Federal Public Defender
           625 Indiana Avenue, N.W., Suite 550
           Washington, D.C.  20004
           (202) 208-7500