UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| V. | : | 21-CR-566 (RCL) |
| **DAVID DEMPSEY** | : | |

## STATUS UPDATE

1. David Dempsey, by and through counsel filed a motion on November 8, 2021, requesting the Court recommend that the Department of Corrections not move Mr. Dempsey from the Correctional Treatment Facility.

2. While Mr. Dempsey's motion remained pending, on November 9, 2021, I was told that Mr. Dempsey was amongst those pre-trial detainees being transferred to another facility.

3. Later in the day, I was informed (but given no reason as to why), Mr. Dempsey had in fact not been moved out of CTF. He remains at CTF.

4. I informed the government of these developments and now inform the Court.

5. As Mr. Dempsey remains at CTF, and there is no indication that he will be transferred from CTF, he seeks no relief from the Court.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
Sabrina P. Shroff
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500