UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    :

v.                          :    21-CR-566 (RCL)

DAVID DEMPSEY               :

ORDER (10)

Upon consideration of the Defendant's Motion to Recommend Continued Placement at the Correctional Treatment Facility, and the corrected filing the Motion to Clarity 2123, it is hereby ORDERED that the Motions are deemed withdrawn. ~~this Court recommends that Mr. David Dempsey, DCDC 378838 at the Correctional Treatment Facility.~~

Date: 11/19/21

_____
HONORABLE ROYCE C. LAMBERTH
DISTRICT JUDGE,
UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA