UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO.  21-CR-566 (RCL) |
| v. : | |
| : | |
| DAVID NICHOLAS DEMPSEY : | |
| : | |
| Defendant. : | |

JOINT MOTION TO CONTINUE AND
TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and defendant, David Nicholas Dempsey, by and through his counsel, Sabrina Shroff, hereby jointly move to vacate the status hearing originally scheduled for April 19, 2022 1:30 p.m. and subsequently rescheduled by the court for April 22, 2022 at 2:00 p.m. to continue the matter for approximately 30 days, and further to exclude the time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*., from April 19, 2022 until the next status conference on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).  In support of this motion, the parties state as follows:

1. On October 18, 2021, the parties appeared for an initial status hearing before District Judge Lamberth, at which time the Court set a status hearing on December 20, 2021 and excluded time under the Speed Trial Act until that date.  The defendant is detained pending resolution of this matter.

2. The parties filed a previous Joint Motion to Continue and Exclude Time Under the Speedy Trial Act on December 17, 2021 (ECF No. 19), which was granted on the same date

(ECF No. 20), and on February 17, 2022 (ECF No. 23), which was granted on February 18, 2022 (ECF No. 24).

3. Since the last status conference, the government has produced hundreds of files of electronic evidence related to the specific charges against the defendant, including video, photos, documents and reports. Further, the government has provided multiple additional productions of evidence related to the global investigation of the Capitol Breach.

4. As noted in the United States' Memoranda Regarding Status of Discovery ("Status Memoranda") (ECF Nos. 17 & 22), the investigation and prosecution of the Capitol Beach will likely be one of the largest in American history, both in terms of the number of defendants prosecuted and the nature and volume of the evidence. Thought the government has and will continue to diligently review and produce evidence to the defense, the nature and size of the overall investigation understandably affects the timeline for each individual case.

5. During any continuance granted by the Court the defense will review discovery provided by the government, and the government will continue to collect, catalogue, and provide discovery. The parties also intend to continue discussion of the possibility of a pre-trial resolution.

6. The parties submit that under these circumstances, continuing the April 22, 2022 status hearing for 30 days to allow the government to continue to produce discovery related to defendant and the larger Capitol Breach investigation and to allow the defense the opportunity to review the voluminous discovery productions and to allow the parties to continue to discuss possible pre-trial resolution would best serve the ends of justice and that such a continuance outweighs the interests of the public and the defendant in a speedy trial.

WHEREFORE, the parties respectfully jointly request that the April 22, 2022 status hearing be continued for 30 days. The parties further request that the Court make a finding that it is in the interests of justice that the time between April 19, 2022 and the next status date be excluded from the Speedy Trial Act calculation.

                                                Respectfully submitted,

                                                MATTHEW M. GRAVES
                                                United States Attorney
                                                DC Bar No. 481052

| By: | */s/ Sabrina Shroff* | By: | */s/ Katherine Nielsen* |
|---|---|---|---|
| | SABRINA SHROFF | | KATHERINE NIELSEN |
| | Assistant Federal Defender and | | Trial Attorney, Detailee |
| | Counsel for Defendant | | D.C. Bar No. 491879 |
| | 625 Indiana Avenue, N.W. | | 555 Fourth Street, N.W. |
| | Washington, D.C. 20004 | | Washington, D.C. 20530 |
| | (202) 717-0964 | | (202) 355-5736 |
| | Sabrina_Shroff@fd.org | | Katherine.Nielsen@usdoj.gov |

## **CERTIFICATE OF SERVICE**

On this 22nd day of April 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

>  */s/ Katherine Nielsen*
> KATHERINE NIELSEN
> Trial Attorney, Detailee