# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **v.** | : Criminal No. 21-CR-566 (RCL) |
| | : |
| **DAVID DEMPSEY,** | : |
| | : |
| **Defendant.** | : |

## UNOPPOSED MOTION FOR CONTINUANCE

With no objection from the United States of America, David Dempsey, through his counsel moves this Court for a 60-day continuance, and to exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161-3174. The ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A), as Mr. Dempsey is still reviewing discovery in this case.

## CONCLUSION

For the foregoing reasons, the defense requests that the Court grant the continuance and set a status conference in this case to a date convenient to the Court, and further requests that the Court order the period from May 20, 2022 , to the date of the next status conference excluded under 18 U.S.C. § 3161(h)(7).

May 17, 2022

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

Sabrina P. Shroff, Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500