IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:21-CR-566 (RCL) |
| DAVID NICHOLAS DEMPSEY | |

## NOTICE OF APPEARANCE AS LEAD COUNSEL

Douglas B. Brasher, Assistant United States Attorney, enters his appearance as lead counsel for the United States of America in this case.  The United States requests that all notices relating to this case be sent to the undersigned.

                Respectfully submitted,

                MATTHEW M. GRAVES
                UNITED STATES ATTORNEY
                D.C. Bar No. 481052

                */s/ Douglas B. Brasher*
                DOUGLAS B. BRASHER
                Assistant United States Attorney
                Texas State Bar No. 24077601
                Capitol Siege Detailee
                1100 Commerce Street, Third Floor
                Dallas, Texas 75242
                Telephone:  214-659-8604
                douglas.brasher@usdoj.gov