UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 21-cr-566 (RCL) ) |
| DAVID NICHOLAS DEMPSEY, | ) ) |
| Defendant. | ) ) ) |

## NOTICE OF APPEARANCE

Please enter the appearance of First Assistant Federal Public Defender Michelle Peterson on behalf of the defendant, David Dempsey, in the above captioned matter.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
MICHELLE M. PETERSON
First Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500
Shelli_Peterson@fd.org