# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Criminal No. 21-CR-566 (RCL)** |
| : | |
| **DAVID DEMPSEY,** : | |
| : | |
| **Defendant.** : | |

## UNOPPOSED MOTION FOR CONTINUANCE

With no objection from the government David Dempsey, through his counsel moves this Court for a 60-day continuance, and to exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161-3174. The ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A), as Mr. Dempsey is still reviewing discovery in this case.

For the foregoing reasons, the defense requests that the Court grant the continuance and set a status conference in this case to a date convenient to the Court, and further requests that the Court exclude the time from now until the next status conference from the Speedy Trial Act computation

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
Michelle Peterson
Chief Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500