UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-CR-566 (RCL) |
| v. : | |
| : | |
| DAVID NICHOLAS DEMPSEY : | |
| : | |
| Defendant. : | |

JOINT MOTION TO CONTINUE AND
TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and defendant, David Nicholas Dempsey, by and through his counsel, Michelle Peterson, jointly move to vacate and continue the status hearing scheduled for May 22, 2023, at 11:00 a.m. for approximately 30 days, and further to exclude the time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*., from May 22, 2023, until the next status conference on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).

The defendant requests additional time to review discovery and both parties seek additional time to explore a potential pre-trial resolution of this matter. The parties submit that under these circumstances, continuing the May 22, 2023, status hearing for 30 days would best serve the ends of justice and that such a continuance outweighs the interests of the public and the defendant in a speedy trial.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

| | | |
|---|---|---|
| */s/ Michelle Peterson* | By: | */s/ Douglas B. Brasher* |
| MICHELLE PETERSON | | DOUGLAS B. BRASHER |
| Chief Assistant Federal Public Defender | | Assistant United States Attorney |
| 625 Indiana Avenue, N.W., Suite 550 | | Texas State Bar No. 24077601 |
| Washington, D.C. 20004 | | 1100 Commerce Street, Third Floor |
| Telephone: (202) 208-7500 | | Dallas, Texas 75242-1699 |
| Shelli_Peterson@fd.org | | Telephone: 214-659-8604 |
| | | douglas.brasher@usdoj.gov |