# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>                                    )<br>     v.                             )<br>                                    )      Criminal No. 1:21-cr-00566-RCL-1<br>                                    )<br>DAVID NICHOLAS DEMPSEY,             )<br>                                    )<br>     *Defendant*.                   ) | |

## CONSENT MOTION TO EXTEND THE PRETRIAL MOTIONS DEADLINE AND TO CONTINUE THE TRIAL DATE

Daniel Dempsey, by and through his undersigned counsel, with the consent of the government, respectfully moves this Honorable Court to extend the pretrial motions deadline and to continue the trial date.

In support of this Consent Motion, counsel submits the following:

1. On July 20, 2023, the Court held a status hearing. *See* Minute Entry (July 20, 2023). At the status hearing, the Court set a pretrial motions deadline for August 20, 2023 and a trial date of December 14, 2023, *see id.*, understanding that the parties anticipated to request to reset these dates depending on how quickly a pretrial resolution could be reached, if at all.

2. The parties are actively engaged in plea negotiations and require more time to explore the possibility of a pretrial resolution.

3. Accordingly, counsel requests for the Court to extend the pretrial motions deadline to a date after September 22, 2023 and to continue the trial to a date after April 14, 2024, with specific dates to be proposed to the Court by September 22, 2023 in a Joint Proposed Scheduling Order.

In light of the above, David Dempsey, with the consent of the government, requests the above-mentioned relief.

                                                 Respectfully submitted,

                                                 _____/s/_____
                                                 Amy C. Collins,
                                               D.C. Bar No. 1708316
                                               Price Benowitz, LLP
                                               409 7th Street, NW, Suite 200
                                               Washington, D.C. 20004
                                               (202) 417-6000
                                               AmyC@PriceBenowitz.com

                                               *Counsel for David Dempsey*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 18th day of August 2023, I have served this Consent Motion upon all parties in this matter through the CM/ECF system.

                                                _____/s/_____
                                                Amy C. Collins