THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal No. 1:21-cr-00566-RCL-1 |
| **DAVID NICHOLAS DEMPSEY,** | ) | |
| *Defendant.* | ) | |

## ORDER

Upon consideration of David Dempsey's Consent Motion to Extend the Pretrial Motions Deadline and to Continue the Trial Date, it is hereby,

**ORDERED**, that the Consent Motion is **GRANTED**; and it is hereby,

**FURTHER ORDERED**, that the pretrial motions deadline is extended to a date after September 22, 2023; and it is hereby,

**FURTHER ORDERED**, that the trial date is continued to a date after April 14, 2024; and it is hereby,

**FURTHER ORDERED**, that the parties shall submit a new proposed pretrial motions deadline and a new proposed trial date to the Court in a Joint Proposed Scheduling Order by September 22, 2023.

_____          _____
**DATE**                        **ROYCE C. LAMBERTH**
                                **SENIOR UNITED STATES DISTRICT JUDGE**