UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Case No. 21-CR-566 (RCL) |
| v. | : |
| | : |
| DAVID NICHOLAS DEMPSEY, | : |
| | : |
| Defendant. | : |

**JOINT MOTION TO VACATE TRIAL DATE AND TO SUSPEND DEADLINES**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, David Nicholas Dempsey, with the concurrence of his attorney, move to vacate the December 14, 2023, trial date and to suspend the currently imposed trial deadlines. The parties request that the Court schedule a plea hearing in this matter on the earliest of the following dates that the Court is available: October 16, 18-19, 23-31, December 1, 5-11, 13-15.

Respectfully submitted,

FOR THE UNITED STATES
MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: */s/ Douglas B. Brasher*
DOUGLAS B. BRASHER
Texas State Bar No. 24077601
Assistant United States Attorney (Detailed)
1100 Commerce Street, Third Floor
Dallas, TX 75242
(214) 659-8604
douglas.brasher@usdoj.gov

*/s/ Carolina Nevin*
CAROLINA NEVIN
Assistant United States Attorney
NY Bar No. 5226121
601 D Street, NW
Washington, DC 20530
(202) 803-1612
carolina.nevin@usdoj.gov

*/s/ Amy Collins*
AMY COLLINS
D.C.D.C. Bar ID 1708316
amyc@pricebenowitz.com
409 Seventh Street, NW, Suite 200
Washington, DC 20004
Telephone: (202) 417-6000
Fax: (202) 664-1331