**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **v.** | **)** | |
| | **)** | **Criminal No. 1:21-cr-00566-RCL-1** |
| **DAVID NICHOLAS DEMPSEY,** | **)** | |
| *Defendant.* | **)** | |

## UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING

David Dempsey, by and through his undersigned counsel, respectfully moves this Honorable Court to continue the change of plea hearing scheduled in this matter.

In support of this Unopposed Motion, counsel submits the following:

1.      On September 22, 2023, the government filed a Joint Motion to Vacate Trial Date and to Suspend Deadlines. *See* ECF No. 38. In the Joint Motion, the parties requested that the Court schedule a change of plea hearing. *See id.*

2.       On September 27, 2023, the Court entered a Minute Order suspending the pretrial motions deadlines and setting a change of plea hearing for October 16, 2023.

3.      Counsel requests that the Court continue the change of plea hearing in this matt4er to a date on or after December 1, 2023, in order to allow adequate time for the resolution of collateral litigation.

4.      The government does not oppose this Motion.

In light of the above, David Dempsey requests the above-mentioned relief.

Respectfully submitted,

_____/s/_____
Amy C. Collins
DC Bar No. 1708316
Price Benowitz, LLP
409 7th Street, NW, Suite 200
Washington, DC 20004
(202) 417-6000
AmyC@PriceBenowitz.com

*Counsel for David Dempsey*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of October 2023, I have served this Unopposed Motion upon all parties in this matter through the CM/ECF system.

_____/s/_____
Amy C. Collins