THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | **Criminal No. 1:21-cr-00566-RCL-1** |
| ) | |
| **DAVID NICHOLAS DEMPSEY,** ) | |
| *Defendant*. ) | |

## MOTION TO CONTINUE STATUS HEARING

David Dempsey, by and through undersigned counsel, respectfully moves this Honorable Court to continue the status hearing currently scheduled for December 5, 2023.

In support of this Motion, counsel submit the following:

1. On October 16, 2023, the Court held a status hearing to discuss a request by defense counsel to be afforded time to resolve collateral litigation. During the status hearing, undersigned counsel informed the Court as to the status of the matter before the Court, provided an approximate timetable for how quickly the collateral litigation would resolve once respective petitions were filed (per various practitioners in the jurisdiction(s) at issue), explained that resolving the collateral litigation could possibly afford Mr. Dempsey a benefit in the case before the Court, and explained the importance of maintaining the status quo until the collateral litigation is resolved. Without objection by the government, the Court set a status hearing for December 5, 2023, intending for the hearing to serve as a juncture to assess whether any additional time would be needed to resolve collateral litigation and noting, in sum, that the interests were adequately served in allowing counsel the time needed to resolve the collateral litigation.

2. Since the hearing on October 16, 2023, Ms. Collins filed *pro hac vice* motions in each collateral matter and prepared post-conviction petitions to be filed upon the granting of her *pro hac vice* motions.

3. There have been various unforeseen delays in the resolution of the collateral litigation at issue.

    a. Due to an illness on the defense team, there was a delay in finalizing Mr. Dempsey's representation in the respective collateral matters.

    b. Local counsel for undersigned counsel's *pro hac vice* applications was hospitalized and had various health complications that followed, hindering undersigned counsel's ability to file the *pro hac vice* applications.

    c. In preparation for the December 5, 2023 hearing, counsel have continuously inquired about the status and timeline of the *pro hac vice* applications in order to have a better understanding of the overall timeline for resolving the collateral litigation. In making these inquiries, counsel were finally informed just days ago that there was a delay in processing the applications due the fact that the respective courts recently changed their processing systems. On November 27, 2023, one (1) court informed Ms. Collins that her respective application(s) would be approved within two (2) weeks at most. On November 29, 2023, another court informed Ms. Collins that her application was being reviewed by the assigned judge and that a hearing on her application was set for December 7, 2023.

4. Given the developments in the collateral matters and that more time is needed to resolve the collateral litigation, counsel respectfully request that this Court continue the December 5, 2023 status hearing. In light of the timetables provided by the courts at play, counsel submit that

a status conference date on or after January 22, 2024 will provide adequate time to resolve the collateral litigation.

     5.     The government opposes this Motion because it believes the collateral litigation will certainly resolve unfavorably for Mr. Dempsey and will take much longer than the estimates counsel have provided. However, the government does not take into account that counsel have consulted extensively with various post-conviction practitioners in the respective jurisdiction(s) where the collateral litigation arises and understand that a favorable resolution is more than just possible.

     6.     Favorable resolution of the collateral litigation has the potential to recalibrate Mr. Dempsey's Guidelines' range if he is ultimately convicted in the above-captioned matter.

In light of the above, David Dempsey requests the above-mentioned relief.

                                 Respectfully submitted,

                                 _____/s/_____
                                 David Benowitz, D.C. Bar No. 451557
                                 Amy C. Collins, D.C. Bar No. 1708316
                                 Price Benowitz, LLP
                                 409 7th Street, NW, Suite 200
                                 Washington, D.C. 20004
                                 (202) 417-6000
                                 David@pricebenowitz.com
                                 AmyC@pricebenowitz.com

                                 *Counsel for David Dempsey*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of November 2023, I have served this Motion upon all parties in this matter through the CM/ECF system.

_____/s/_____
David Benowitz