**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | **Criminal No. 1:21-cr-00566-RCL** |
| **DAVID NICHOLAS DEMPSEY** ) | |
| ) | |
| **Defendant** ) | |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

David Benowitz and Price Benowitz LLP respectfully request that this Court grant their request for leave to withdraw as counsel in this matter. Amy C. Collins will remain individually as counsel. Mr. Dempsey has been informed of and consents to this request.

WHEREFORE, for the reasons stated above, David Benowitz and Price Benowitz LLP respectfully request that this Court grant their Motion.

Respectfully submitted,

_____/s/_____
David Benowitz
DC Bar # 451557
*Counsel for David Dempsey*
Price Benowitz LLP
409 7th Street, NW, Suite 200
Washington, DC 20004
O: (202) 417-6000
M: (202) 271-5249
F: (202) 664-1331
David@PriceBenowitz.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of February 2024, I caused a true and correct copy of the foregoing Motion to be delivered via CM/ECF to all parties in this matter.

_____/s/_____
David Benowitz