THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal No. 1:21-cr-00566-RCL-1 |
| **DAVID NICHOLAS DEMPSEY,** | ) | |
| *Defendant.* | ) | |

## CONSENT MOTION TO CONTINUE SENTENCING HEARING

David Dempsey, by and through his undersigned counsel, with the consent of the government, respectfully moves this Honorable Court to continue the sentencing hearing scheduled in this matter.

In support of this Consent Motion, counsel submits the following:

1. On January 4, 2024, the Court set a sentencing hearing in this matter for May 9, 2024.

2. At the time the sentencing hearing was scheduled, undersigned counsel had an in-person pretrial conference scheduled for May 7, 2024 in a matter before the U.S. District Court for the District of Arizona that she believed would be resolved in a pretrial posture well in advance of Mr. Dempsey's sentencing hearing. It now appears, however, that the matter before the U.S. District Court for the District of Arizona is going to trial and that the parties will be moving forward with the May 7, 2024 pretrial conference.

3. Given the logistical hurdles that come with traveling more or less coast-to-coast, especially given the narrow timeframe between the hearing dates in the two (2) cases, undersigned counsel requests that the Court continue Mr. Dempsey's sentencing hearing to a date on or after

July 29, 2024, the earliest date available based on the government's and defense counsel's combined availability.

    4.    The government consents to this Motion.

In light of the above, David Dempsey, with the consent of the government, requests the above-mentioned relief.

Respectfully submitted,

_____/s/_____
Amy C. Collins
D.C. Bar No. 1708316
888 17th Street, N.W., Suite 1200
Washington, D.C. 20006
(228) 424-0609
amy@amyccollinslaw.com
*Counsel for David Dempsey*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 25th day of February 2024, I have served this Consent Motion upon all parties in this matter through the CM/ECF system.

                                            _____/s/_____
                                            Amy C. Collins