THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
v. )
) Criminal No. 1:21-cr-00566-RCL-1
DAVID NICHOLAS DEMPSEY, )
)
*Defendant.* )

## ORDER

Upon consideration of David Dempsey's Consent Motion to Continue Sentencing Hearing, it is hereby,

**ORDERED**, that the Consent Motion is **GRANTED**; and it is hereby,

**FURTHER ORDERED**, that the sentencing hearing is continued to _July 29, 2024, at 12:30 pm_.

_3-25-24_
**DATE**

_Royce C. Lamberth_
**ROYCE C. LAMBERTH**
**SENIOR UNITED STATES DISTRICT JUDGE**