UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | |
| | ) | **Case No. 1:21-cr-00566-RCL-1** |
| **DAVID NICHOLAS DEMPSEY,** | ) | |
| *Defendant.* | ) | |

## DEFENDANT DEMPSEY'S MOTION TO CONTINUE SENTENCING HEARING

David Nicholas Dempsey, by and through his undersigned counsel, respectfully moves this Honorable Court to continue the sentencing hearing scheduled in this matter.

In support of this Motion, counsel submits the following:

1. On March 25, 2024, the Court continued Mr. Dempsey's sentencing hearing pursuant to a Consent Motion, *see* ECF No. 52, and Supplement, *see* ECF No. 53, seeking such relief.

2. As indicated in the Supplement, there are a few remaining outstanding matters relating to Mr. Dempsey's post-conviction litigation, including a Petition for Writ of Habeas Corpus. At the most recent status hearing in that case, when the court proposed entering an order on the Petition and related filings by July 31, 2024, undersigned counsel requested an earlier date. The court, accordingly, set a date of July 22, 2024 for the date by which it hopes to enter an order. However, the court indicated it might need more time to enter an order.

3. Mr. Dempsey seeks a brief continuance to allow the court in the habeas matter to render a decision in advance of the deadline for his Memorandum in Aid of Sentencing and the sentencing hearing in the above-listed case. Specifically, Mr. Dempsey requests that the Court continue his sentencing to August 9, 2024.

4.      The government opposes to this Motion because it consented to the previous motion to continue and does not feel consenting to an additional request is in furtherance of the government's interests.  Mr. Dempsey's interests sufficiently counter the government's position.

In light of the above, David Nicholas Dempsey, by and through undersigned counsel, requests the above-mentioned relief.

Respectfully submitted,

_____/s/_____
Amy C. Collins
D.C. Bar No. 1708316
888 17th Street, N.W., Suite 1200
Washington, D.C. 20006
(228) 424-0609
amy@amyccollinslaw.com
acollins@kalbianhagerty.com
*Counsel for David Nicholas Dempsey*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of June 2024, I have served this Motion upon all parties in this matter through the CM/ECF system.

_____/s/_____
Amy C. Collins