# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 1:21-cr-00566-RCL-1 |
| **DAVID NICHOLAS DEMPSEY,** ) | |
| *Defendant.* ) | |

## MOTION TO EXTEND FILING DEADLINE
## FOR DEFENDANT'S MEMORANDUM IN AID OF SENTENCING

David Dempsey, by and through his undersigned counsel, respectfully requests that this Honorable Court extend the filing deadline for his Memorandum in Aid of Sentencing two days, or to August 4, 2024.

In support of this Motion, counsel submits the following:

1. Defense counsel's dog suffered a spinal cord injury a number of weeks ago.

2. On July 29, 2024, defense counsel's dog was unable to walk. Accordingly, defense counsel sought emergency care that day, a process which took hours.

3. Consistent with the instructions of the emergency care provider, defense counsel subsequently scheduled a visit with a neurologist for the late morning of August 2, 2024 (the only appointment that was available within a reasonable timeline) to get her dog assessed further. Defense counsel understands that same-day surgery is a distinct possibility; she also understands that such an event would require her to be present at the neurologist's office all or most of the day. If defense counsel does not get her dog seen in a timely manner, her dog's condition could result in permanent paralysis and perhaps an even more devastating outcome.

1

4. Under these circumstances, with the current filing deadline of August 2, 2024, defense counsel is concerned she will not have sufficient time to finalize the Memorandum in Aid of Sentencing, including incorporating anticipated updates from the Final Presentence Investigation Report ("PSR")[1], and review it with Mr. Dempsey.

5. In light of the above, defense counsel requests two additional days to submit Mr. Dempsey's Memorandum in Aid of Sentencing. In other words, she requests to extend Mr. Dempsey's filing deadline to August 4, 2024.

6. Defense counsel has already anticipated requesting the Court to allow the defense to submit a Response to the government's Memorandum in Aid of Sentencing, so such an extension would also allow Mr. Dempsey to respond to the government's arguments and submit his core arguments in a single filing. (Though, defense counsel takes no issue with the Court extending the government's filing deadline as well, if the Court deems it to be equitable.)

7. Government counsel represented that they oppose defense counsel's instant request. More specifically, government counsel represented that they are "opposed to any more delays in this case, including this one."

8. This request, like the handful of others made by the defense in this case, is in the interests of justice, only minimally prejudices the government, if at all, and does not constitute undue delay.

For the foregoing reasons, Mr. Dempsey, by and through undersigned counsel, respectfully requests that this Court extend the filing deadline for his Memorandum in Aid of Sentencing to August 4, 2024.

---

[1] The Final PSR is also due on August 2, 2024.

Respectfully submitted,

_____/s/_____
Amy C. Collins
D.C. Bar No. 1708316
888 17th Street, NW, Suite 1200
Washington, D.C. 20006
(228) 424-0609
amy@amyccollinslaw.com
acollins@kalbianhagerty.com
*Counsel for David Nicholas Dempsey*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of July 2024, I have served this Motion upon all parties in this matter through the CM/ECF system.

_____/s/_____
Amy C. Collins

3