**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 1:21-cr-00566-RCL-1 |
| **DAVID NICHOLAS DEMPSEY,** ) | |
| *Defendant.* ) | |

**SECOND MOTION TO EXTEND FILING DEADLINE**
**FOR DEFENDANT'S MEMORANDUM IN AID OF SENTENCING**

David Dempsey, by and through his undersigned counsel, respectfully requests that this Honorable Court extend the filing deadline for his Memorandum in Aid of Sentencing to August 5, 2024.

In support of this Second Motion, counsel submits the following:

1. On August 1, 2024, this Court granted Mr. Dempsey's request to extend his Memorandum in Aid of Sentencing filing deadline from August 2, 2024 to August 4, 2024, *see* ECF No. 63; ECF No. 64.

2. As defense counsel anticipated, *see* ECF No. 63, on August 2, 2024, defense counsel's dog underwent spinal surgery that began in the afternoon and went into the evening. In addition to the emotional toll of an, unfortunately, still undetermined prognosis, since leaving the surgical facility, defense counsel has had to administer post-operative treatment more or less around the clock, circumstances which defense counsel did not fully appreciate when previously proposing a new filing deadline of August 2, 2024.

3. Moreover, as indicated in Mr. Dempsey's previous filing, defense counsel's hope was to address the government's arguments in its sentencing submission in a single filing, along

1

with Mr. Dempsey's core sentencing arguments. *See* ECF No. 63. Upon reviewing the government's sentencing submission, *see* ECF No. 69, it appears the government has taken several curious, and accordingly, unexpected positions and has mischaracterized various circumstances surrounding the case.

4. Further, when submitting Mr. Dempsey's previous filing, *see* ECF No. 63, defense counsel did not anticipate U.S. Probation's need/decision to submit an Revised Final Presentence Report, *see* ECF No. 67, or defense counsel's need to dedicate time to review the Final Presentence Report, *see* ECF No. 65, and then subsequently raise to U.S. Probation her concerns regarding the unchanged criminal history computation on the evening of August 1, 2024, after first locating the underlying supporting documentation (which she had, respectfully, offered to send U.S. Probation on more than one prior occasion).

5. Defense counsel will require more time to adequately address the government's arguments and to carefully review the Revised Final PSR, which were both filed on August 2, 2024.

6. Government counsel represented that they oppose defense counsel's instant request.

7. Mr. Dempsey's instant request is in the interests of justice, only minimally prejudices the government, if at all, and does not constitute undue delay.

For the foregoing reasons, Mr. Dempsey, by and through undersigned counsel, respectfully requests that this Court extend the filing deadline for his Memorandum in Aid of Sentencing to August 5, 2024.

Respectfully submitted,

_____/s/_____
Amy C. Collins
D.C. Bar No. 1708316
888 17th Street, NW, Suite 1200
Washington, D.C. 20006
(228) 424-0609
amy@amyccollinslaw.com
acollins@kalbianhagerty.com
*Counsel for David Nicholas Dempsey*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of August 2024, I have served this Second Motion upon all parties in this matter through the CM/ECF system.

_____/s/_____
Amy C. Collins

3