UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                    ) | Criminal No. 1:21-cr-00566-RCL-1 |
| ) | |
| DAVID NICHOLAS DEMPSEY,  ) | |
| *Defendant.*            ) | |

### ORDER

Upon consideration of David Dempsey's Second Motion to Extend Filing Deadline for Defendant's Memorandum in Aid of Sentencing, it is hereby,

**ORDERED**, that the Second Motion is **GRANTED**; and it is hereby,

**FURTHER ORDERED**, that Mr. Dempsey's deadline for filing his Memorandum in Aid of Sentencing is extended to August 5, 2024.

___8/5/24___
**DATE**

_____
**ROYCE C. LAMBERTH**
**SENIOR UNITED STATES DISTRICT JUDGE**