UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-CR-566 (RCL) |
| v. : | |
| : | |
| DAVID NICHOLAS DEMPSEY, : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S**
**THIRD MOTION TO LATE FILE SENTENCING MEMORANDUM**

The defendant, David Dempsey, has moved, for the third time, to extend the filing deadline for his Memorandum in Aid of Sentencing.[1] The sentencing hearing in this matter is scheduled for this Friday, August 9, 2024. The government opposes the motion, which is the third of its kind within six days, especially to the extent that it foreshadows a motion to continue the sentencing hearing. Respectfully, the government would vigorously oppose such a motion. The defendant pled guilty on January 4, 2024, and has been awaiting sentencing now for over eight months.

Much of the defendant's late file requests are predicated on what the government has already submitted. But the defendant, through counsel, waited until the last minute to provide documentation purporting to show that various state court convictions have been set aside. While counsel did recently provide minute orders showing that the defendant obtained relief under California Penal Code § 1203.4 as early as December 2023, counsel has not provided any of the defendant's petitions or applications for such relief. As noted in the Government's sentencing memorandum (ECF No. 69 at 35), it does not appear that the defendant was eligible for the relief under § 1203.4 because he has been charged with crimes in this case. For example, if the defendant

---

[1] The defendant submitted this motion to the Court via e-mail on 8/5/2024 after encountering technical issues with the ECF system.

used the fillable Petition for Dismissal under § 1203.4 provided by California Courts, he would have had to check a box stating that he "is not on parole or under supervision ….; is not serving a sentence for, on probation for, *or currently charged with committing any crime* …" *See* (https://www.courts.ca.gov/documents/cr180.pdf (emphasis added).

Despite the defendant failing to provide his petitions to the California courts to the Probation Officer and the Government, the Probation Officer worked to revise its PSR, and the government—in turn—responded to the PSR and its revised calculation. As to this specific issue, it is unclear how the defendant can claim surprise or lack of preparation given the invited dispute in the first place.

Moreover, the government anticipates that law enforcement victims will be present for sentencing. The sentencing hearing has already been continued twice, the second time over the government's objection. *See* ECF Nos. 54 and 59. The government opposes any further delays to the resolution of this matter and believes that any legal issues can be safely and soundly considered by this Court during the course of the upcoming hearing.

>Respectfully submitted,
>
>MATTHEW M. GRAVES
>United States Attorney
>D.C. Bar No. 481052
>
>By: */s/ Carolina Nevin*
>     CAROLINA NEVIN
>     Assistant United States Attorney
>     NY Bar No. 5226121
>     601 D Street, NW
>     Washington, DC 20530
>     (202) 803-1612
>     carolina.nevin@usdoj.gov

        */s/ Douglas B. Brasher*
DOUGLAS B. BRASHER
Texas State Bar No. 24077601
Assistant United States Attorney (Detailed)
1100 Commerce Street, Third Floor
Dallas, TX 75242
(214) 659-8604
douglas.brasher@usdoj.gov