UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:21-cr-00566-RCL-1 |
| | : | |
| DAVID NICHOLAS DEMPSEY, | : | |
| | : | |
| *Defendant.* | : | |

**DEFENDANT DEMPSEY'S NOTICE OF FILING EXHIBITS
PURSUANT TO LOCAL CRIMINAL RULE 49**

David Nicholas Dempsey, by and through undersigned counsel, hereby gives notice, pursuant to Local Criminal Rule 49, that the Court and the government received via Box.com video exhibits for Mr. Dempsey's Memorandum in Aid of Sentencing.

The respective video exhibits are as follows:

1. Exhibit A2 is a clip from a video provided by the government through discovery. The clip depicts Mr. Dempsey's voice telling the interviewer about his plan to do a flag drop. The clip is 5 seconds in duration.

2. Exhibit A5 is a clip from a video provided by the government through discovery. The clip depicts Officer B.M. being pulled out of the Tunnel and Mr. Dempsey coming to his aid. The clip is 4 minutes and 33 seconds in duration.

3. Exhibit A9 is two clips from body worn camera video provided by the government through discovery. The clip depicts two individuals who appear to be injured or in pain. The first individual is depicted around the time Mr. Dempsey waived to individuals for assistance. The second individual is seen falling after pulling someone off of the Capitol building; Mr. Dempsey is seen going to check on him. The clip is 2 minutes and 44 seconds in duration.

4. Exhibit C2 is a clip from a video recorded by Mr. Dempsey's family member. The clip depicts Mr. Dempsey playing with his niece. The clip is 2 seconds in duration.

5. Exhibit G3 is a clip from an opensource video provided in discovery by the government. The clip depicts an individual who a confidential source identified as Mr. Dempsey. The clip is 7 seconds in duration.

6. Exhibit G4 is a clip from a video provided in discovery by the government. The clip depicts an individual the government purports to be Mr. Dempsey but who does not have tattoos on his legs/knees; it relates to the uncharged alleged conduct in Beverly Hills and was, counsel believes, submitted by a confidential human source. The clip is 1 minute and 28 seconds in duration.

7. Exhibit G6 is a clip from a video provided in discovery by the government. The clip depicts an individual the government purports to be Mr. Dempsey based on what undersigned counsel understands was a confidential human source identification. The clip is 7 seconds in duration.

8. Exhibit G7 is a clip from videos provided in discovery by the government. The clip depicts the events of the uncharged Los Angeles allegation. The clip is 31 seconds in duration.

9. Exhibit H4 is a number of clips from videos provided in discovery by the government. The clip depicts the events of the Santa Monica event. The clip is 2 minutes and 47 seconds in duration.

10. Exhibit J is a clip from a video provided by the government in discovery. The clip depicts Mr. Dempsey giving an interview at a Black Lives Matter protest. The clip is 1 minute and 22 seconds in duration.

                                           Respectfully submitted,

                                           _____/s/_____
                                           Amy C. Collins
                                           D.C. Bar No. 1708316
                                           888 17th Street, NW, Suite 1200
                                           Washington, D.C. 20006
                                           (228) 424-0609
                                           acollins@kalbianhagerty.com
                                           amy@amyccollinslaw.com
                                           *Counsel for David Nicholas Dempsey*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 8th day of August 2024, I caused a true and correct copy of the foregoing Notice to be delivered via CM/ECF to all parties.

                                           _____/s/_____
                                           Amy C. Collins