UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 1:21-cr-00566-RCL-1 |
| ) | |
| DAVID NICHOLAS DEMPSEY, ) | |
| *Defendant.* ) | |

### ORDER

Upon consideration of David Dempsey's Motion for Leave to Late File Memorandum in Aid of Sentencing, it is hereby,

**ORDERED**, that the Motion is **GRANTED**.

8/9/24
**DATE**

**ROYCE C. LAMBERTH**
**SENIOR UNITED STATES DISTRICT JUDGE**