UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| v. ) | Criminal No. 1:21-cr-00566-RCL-1 |
| **DAVID NICHOLAS DEMPSEY,** ) | |
| *Defendant.* ) | |

### ORDER

Upon consideration of David Dempsey's Motion to File Excess Pages, it is hereby,

**ORDERED**, that the Motion is **GRANTED**; and it is hereby,

**FURTHER ORDERED**, Mr. Dempsey may file his Memorandum in Aid of Sentencing and accompanying exhibits in excess of the 45-page limit; ~~and it is hereby,~~

**~~FURTHER ORDERED~~** ~~that the~~ govenrment's Memorandum in Aid of ~~S~~entencing ~~and the accompanying exhibits are stricken from the record.~~

9/9/24
**DATE**

*Royce C. Lamberth*
**ROYCE C. LAMBERTH**
**SENIOR UNITED STATES DISTRICT JUDGE**