UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal No. 1:21-cr-00566-RCL-1 |
| **DAVID NICHOLAS DEMPSEY,** | ) | |
| *Defendant.* | ) | |

### ORDER

Upon consideration of David Nicholas Dempsey's Motion to Seal his Memorandum in Aid of Sentencing, it is hereby,

**ORDERED**, that the Motion is **GRANTED**, and Mr. Dempsey's Memorandum in Aid of Sentencing and the accompanying exhibits shall be sealed until further order from the Court.

8/9/24
**DATE**

**ROYCE C. LAMBERTH**
**SENIOR UNITED STATES DISTRICT JUDGE**