UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.          ) | Criminal No. 1:21-cr-00566-RCL-1 |
| ) | |
| DAVID NICHOLAS DEMPSEY,   ) | |
| *Defendant.* ) | |

### ORDER

Upon consideration of David Nicholas Dempsey's Motion to Seal his Errata and Proposed Corrected Memorandum in Aid of Sentencing, it is hereby,

**ORDERED**, that the Motion is **GRANTED**, and Mr. Dempsey's Errata and Proposed Corrected Memorandum in Aid of Sentencing shall be sealed until further order from the Court.

_8/9/24_
**DATE**

_Royce C. Lamberth_
**ROYCE C. LAMBERTH**
**SENIOR UNITED STATES DISTRICT JUDGE**