UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Criminal No. 1:21-cr-00566-RCL-1 |
| DAVID NICHOLAS DEMPSEY, | ) |
| *Defendant.* | ) |

## ORDER

Upon consideration of David Dempsey's Third Motion to Extend Filing Deadline for Defendant's Memorandum in Aid of Sentencing, it is hereby,

**ORDERED**, that the Third Motion is **GRANTED**; and it is hereby,

**FURTHER ORDERED**, that Mr. Dempsey's deadline for filing his Memorandum in Aid of Sentencing is extended to August 6, 2024 at noon, *nunc pro tunc.*

8/9/24
**DATE**

Royce C. Lamberth
**ROYCE C. LAMBERTH**
**SENIOR UNITED STATES DISTRICT JUDGE**