UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:21-cr-00566-RCL-1 |
| ) | |
| DAVID NICHOLAS DEMPSEY, ) | |
| ) | |
| *Defendant.* ) | |

*Let this be filed.*
*Royce C. Lamberth*
*U.S.D.J.  8/9/24*

### THIRD MOTION TO EXTEND FILING DEADLINE
### FOR DEFENDANT'S MEMORANDUM IN AID OF SENTENCING

David Dempsey, by and through his undersigned counsel, respectfully requests that this Honorable Court extend the filing deadline for his Memorandum in Aid of Sentencing to August 6, 2024 at noon.

In support of this Third Motion, counsel submits the following:

1. On August 4, 2024, this Court granted Mr. Dempsey's request to extend his Memorandum in Aid of Sentencing filing deadline from August 4, 2024 to August 5, 2024, *see* ECF No. 70; ECF No. 71.

2. Given the extensive discovery review required in order to extinguish the government's claims, particularly as it relates to uncharged alleged conduct, and because defense counsel is having trouble accessing some of the key items of discovery that she hopes to use as exhibits[1], defense counsel requires a *bit* more time to implement the remaining discovery items so that this Court has all of the pertinent information at its disposal for purposes of sentencing. Further necessitating the instant request, prior to filing, defense counsel would also like the opportunity to

---

[1] Specifically, defense counsel has located the discovery materials of interest, but she is having trouble opening them, as there seems to be a sync issue with the cloud drive she uses.

1

review with Mr. Dempsey any new counterarguments that might arise from the hopefully imminent review of the respective files.

3. Government counsel opposes the instant request.

4. Mr. Dempsey's instant request is in the interests of justice, only minimally prejudices the government, if at all, and does not constitute undue delay.

For the foregoing reasons, Mr. Dempsey, by and through undersigned counsel, respectfully requests that this Court extend the filing deadline for his Memorandum in Aid of Sentencing to August 6, 2024 at noon.

Respectfully submitted,

/s/
Amy C. Collins
D.C. Bar No. 1708316
888 17th Street, NW, Suite 1200
Washington, D.C. 20006
(228) 424-0609
amy@amyccollinslaw.com
acollins@kalbianhagerty.com
*Counsel for David Nicholas Dempsey*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of August 2024, I have served this Second Motion upon all parties in this matter through the CM/ECF system.

/s/
Amy C. Collins